# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHIRELY A. QUARRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 04-825-CJP |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 21, 2006 (Doc. 24), the final decision of the Commissioner of Social Security is **AFFIRMED**. Judgment is entered in favor of defendant **JO ANNE B. BARNHART** and against plaintiff **SHIRLEY A. QUARRY**.

Plaintiff shall take nothing from this action.

DATED: March 21, 2006

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela M. Vehlewald**
   **Deputy Clerk**

**Approved by S/ Clifford J. Proud**
   **United States Magistrate Judge**
   **Clifford J. Proud**